UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-09555-WDK(Ex) | Date | October 17, 2012 |
|---|---|---|---|
| Title | Joe Hand Promotions Inc. v. City of Paramount American Legion | | |

| Present: The Honorable | William D. Keller, United States District Court Judge | |
|---|---|---|
| Patricia Gomez | Not Applicable | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On September 27, 2012 the Court issued an order for plaintiff to set forth the rate card for the fight in issue pursuant to plaintiffs' motion for default judgment filed July 23, 2012. The plaintiff failed to comply with the Court's order. Within five (5) business days of this order, the plaintiff is ordered to show cause why this case should not be dismissed for failure to comply with the Court's order, and ordered to provide the rate card information.

IT IS SO ORDERED

:

Initials of Preparer

PG